MARGARITE AUTEN, Appellant, v. HAROLD AUTEN, Respondent.

Submitted January 4, 1954; decided January 22, 1954.

*Bernard B. Smith* for motion.

*Saul Hammer* opposed.

Motion denied upon the ground that the appeal lies as of right.